| | |
|---|---|
| MICHELE A. HOPKIN, )<br>        Plaintiff, )<br>       )<br>    v. )<br>       )<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:13-CV-70-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $10,000.

**This Judgment Filed and Entered on March 25, 2016, and Copies To:**

Branch W. Vincent, III                                        (via CM/ECF Notice of Electronic Filing)

Mark J. Goldenberg                                          (via CM/ECF Notice of Electronic Filing)

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK

March 25, 2016                        (By) /s/ Nicole Briggeman

                                                           Deputy Clerk